UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS <br> CONSTRUCTION LABORERS WELFARE <br> FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A.L.L. CONSTRUCTION, LLC, <br><br> Defendant. | No. 4:06-CV-0988 CEJ |

### ORDER

Plaintiffs commenced this action on June 27, 2006. On August 14, 2006, a handwritten request for leave to file an answer to the complaint was submitted on behalf of the defendant by Anton Lumpkins. The Court granted the request, but now finds that it was error to do so as Mr. Lumpkins is not an attorney.

A corporation may not proceed *pro se*, and a corporation may not be represented by an individual who is not a licensed attorney. 28 U.S.C. § 1654; Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996). A review of the record in this case reveals that to date, no licensed attorney has entered an appearance on defendant's behalf.

Accordingly,

**IT IS HEREBY ORDERED** that the Order entered on August 15, 2006, granting leave to file an answer is **vacated.**

**IT IS FURTHER ORDERED** that the document filed on behalf of the defendant on August 14, 2006, [Doc. #5] is **stricken**.

**IT IS FURTHER ORDERED** that defendant shall have until **May 7, 2007**, to file an entry of appearance by a licensed attorney and to file an answer to the complaint.

```
                            _____
                            CAROL E. JACKSON
                            UNITED STATES DISTRICT JUDGE
```

Dated this 17th day of April, 2007.